# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **PERDUE FARMS INC.**,<br><br>    Plaintiff,<br><br>v.<br><br>**JULIE SU**, in her official capacity as Acting Secretary of the U.S. Department of Labor, et al.,<br><br>    Defendants. | **DECLARATION OF ROGER A. COLAIZZI IN SUPPORT OF PLAINTIFF PERDUE FARMS INC.'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |

I, Roger A. Colaizzi, declare as follows:

1. I am an attorney at Venable LLP. I offer this Declaration in support of Plaintiff Perdue Farms Inc.'s Complaint for Declaratory and Injunctive Relief.

2. Attached hereto are true and correct copies of the following exhibits:

| Ex. No. | Description |
|---|---|
| 1 | Notice of Whistleblower Complaint (February 11, 2021) |
| 2 | First USDCT Action Complaint (August 20, 2024) |
| 3 | OSHA January 2022 Letter (January 27, 2022) |
| 4 | OSHA Findings (April 8, 2022) |
| 5 | Howell OSHA Objections and Restated Complaint (May 6, 2022) |
| 6 | ALJ Decision and Order (December 14, 2022) |
| 7 | September 2024 ALJ Scheduling Order (September 25, 2024) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of October 2024 in Washington, DC.

                                                */s/Roger A. Colaizzi*
                                                Roger A. Colaizzi