# Exhibit 3

U.S. Department of Labor

Occupational Safety and Health Administration
Kansas City Regional Office
2300 Main Street, Suite 1010
Kansas City, MO 64108-2447



January 27, 2022

Rudy Howell
c/o Stephani Ayers
T. M. Guyers & Friends P. C.
P. O. Box 1061
Medford OR 97501
stephani@whistleblowerdefenders.com

Re: **Perdue Farms, Inc./Howell/Casefile No: 7-4120-21-045**

Dear Ms. Ayers:

On February 12, 2021, your client (Rudy Howell) filed a complaint with the Occupational Safety and Health Administration ("OSHA") under the FDA Food Safety Modernization Act (FSMA), 21 U.S.C. 399d. Over 210 days have passed since you filed this complaint. Under FSMA, if the Secretary has not issued a final decision within 210 days of the filing of the complaint, and there is no showing that such delay is due to the bad faith of Complainant, Complainant may bring a *de novo* action in federal district court.

You notified this office by telephone and email on January 25, 2022, that you intended to file the above-captioned case in federal court. As a result of your electing to proceed with the case in federal court, we are suspending our investigation of the case. Within seven days after filing a complaint in federal court, please provide OSHA with a copy of the file-stamped complaint. The file-stamped complaint may be sent to OSHA by email. The date of filing with OSHA is the postmark date or the email date of the submission to OSHA. If you have not provided OSHA with a copy of your complaint within 30 days of receipt of this letter, please submit a status update to this office at that time.

If at any time you have questions or require further information regarding employee or employer rights and responsibilities under FSMA or any other whistleblower statute administered by OSHA, please contact this office.

Sincerely,

[signature]

For Kristina Carignan
Regional Supervisory Investigator

cc: Perdue Farms, Inc.
c/o Roger A. Colaizzi
Venable LLP
600 Massachusetts Avenue, N.W.
Washington, D.C. 20001
RAColaizzi@Venable.com