# Exhibit 7

# UNITED STATES DEPARTMENT OF LABOR
## OFFICE OF ADMINISTRATIVE LAW JUDGES
## Newport News, VA

_____

Issue Date: 25 September 2024

Case No.: 2022-FDA-00004

*In the Matter of:*

**RUDY HOWELL,**
*Complainant,*

*v.*

**PERDUE FARMS, INC.,**
*Respondent.*

_____

## AMENDED NOTICE OF HEARING AND SCHEDULING ORDER

On September 20, 2024, the parties filed a joint motion for amended scheduling order, including rescheduling the hearing. The parties reported that the additional time was needed to allow for adjudication of Respondent's constitutional challenges in Federal district court. *See Watts v. Perdue Farms, inc.*, No. 2016-FDA-00003; *Perdue Farms, Inc. v. Su, et al*, No. 5:24-CV-00477-BO (E.D.N.C.).

Because both parties agree to the extensions of time, I will grant the joint motion. This is also the third time the parties have moved to continue the hearing, making it the fourth scheduled hearing dates. **No further continuances of the hearing or**

**amendments to the scheduling order** will be granted absent direction by an Article III court or by extraordinary cause shown by the parties.

IT IS ORDERED that the joint motion to amend the scheduling order and reschedule the hearing is GRANTED and AMENDED as follows:

1. The parties shall complete discovery no later than **March 7, 2025**;

2. The parties may file dispositive motions no later than **April 4, 2025,** and responses to motions are due 14 days after the motions are filed;

3. The parties shall exchange exhibit and witness lists, stipulations, pre-hearing statements, and exhibits no later than **April 28, 2025**; and

4. The parties shall file exhibit and witness lists, exhibits, pre-hearing statements, and evidentiary objections no later than **May 16, 2025**, and responses to evidentiary objections are due within 14 days of filing.[1]

5. The hearing is continued to commence at **9:00 a.m. each day the week of June 23-27, 2025, in Fayetteville, North Carolina**, until completed. The specific hearing location will be designated in a subsequent Notice of Location. A request for a continuance due to a prior judicial setting or other existing conflict must be filed within fourteen (14) days of receipt of this notice.

---

[1] In all other respects, the instructions set forth in the Order Rescheduling Hearing and Amended Scheduling, dated January 30, 2024, remain in effect.

**SO ORDERED.**

                                        **PAMELA A. KULTGEN**
                                        Administrative Law Judge

PAK/jcb
Newport News, Virginia

# SERVICE SHEET

Case Name: **Howell_v_Perdue_Farm_Inc_**

Case Number: **2022FDA00004**

Document Title: **AMENDED NOTICE OF HEARING AND SCHEDULING ORDER**

I hereby certify that a copy of the above-referenced document was sent to the following this 25th day of September, 2024:

**JOAN BUCHANAN**
Paralegal Specialist

| | |
|---|---|
| OSHA-Region 4 Regional Administrator<br>Regional Administrator<br>Region 4<br>U. S. Department of Labor, OSHA<br>61 Forsyth Street, S.W.<br>ATLANTA GA 30303<br>*{Electronic - Regular Email}* | Stephani Ayers<br>stephani@whistleblowerdefenders.com<br>POB 1061<br>MEDFORD OR 97501<br>*{Electronic - Regular Email}* |
| Bayley Court Reporter<br>Court Reporting Service<br>Bayley Reporting, Inc.<br>12945 Seminole Blvd., Bldg. 1<br>Suite 14<br>SEMINOLE FL 33778<br>*{Electronic - Regular Email}* | Thad M. Guyer, Esq.<br>thad@guyerayers.com<br>P.O. Box 1061<br>MEDFORD OR 97501<br>*{Electronic - Regular Email}* |
| Atlanta Regional Solicitor<br>m-atl.fedcourt@dol.gov<br>Regional Solicitor<br>U. S. Department of Labor<br>Sam Nunn Federal Center<br>Room 7T10<br>61 Forsyth Street, S.W.<br>ATLANTA GA 30303<br>*{Electronic - Regular Email}* | Eric Spengler, Esq.<br>eric@sab.law<br>Spengler & Agans<br>352 N. Caswell Road<br>CHARLOTTE NC 28204<br>*{Electronic - Regular Email}*<br><br>Roger A. Colaizzi, Esq.<br>racolaizzi@venable.com<br>Venable<br>600 Massachusetts Ave., NW<br>WASHINGTON DC 20001<br>*{Electronic - Regular Email}* |

**SERVICE SHEET** continued (2022FDA00004 Hearing Reschedul) Page: 2

Mitchell Y. Mirviss, Esq.
mymirviss@venable.com
Venable
600 Massachusetts Ave., NW
WASHINGTON DC 20001
  *{Electronic - Regular Email}*

Nicole Pepperl, Esq
Nicole.Pepperl@fda.hhs.gov
U.S. Food and Drug Administration
10903 New Hampshire Avenue
Room 4335
SILVER SPRING MD 20993-0002
  *{Electronic - Regular Email}*

Gabrielle DeStefano
gabrielled@whistleblower.org
Government Accountability Project
1612 K Street NW
WASHINGTON DC 20006
  *{Electronic - Regular Email}*

Kristin Koger
kmkoger@venable.com
Venable LLP
600 Massachusetts Ave., NW
WASHINGTON, D.C. DC 20001
  *{Electronic - Regular Email}*

Thad Guyer
tmguyer@tmguyer.com
116 Mistletloe Street
MEDFORD OR 97501
  *{Electronic - Regular Email}*