UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:24-cv-00594-BO

| | |
|---|---|
| **PERDUE FARMS INC.**, <br><br>    Plaintiff, <br><br>v. <br><br>**JULIE SU**, in her official capacity as Acting Secretary of the United States Department of Labor, <br><br>**PAMELA KULTGEN**, in her official capacity as an Administrative Law Judge of the United States Department of Labor, <br><br>**UNITED STATES DEPARTMENT OF LABOR**, <br><br>**THE OFFICE OF ADMINISTRATIVE LAW JUDGES OF THE UNITED STATES DEPARTMENT OF LABOR**, <br><br>*and* <br><br>**RUDY HOWELL**, <br><br>    Defendants. | **ORDER GRANTING MOTION FOR MITCHELL Y. MIRVISS, ESQ. TO APPEAR REMOTELY AT JANUARY 17, 2025 HEARING** |

This matter is before the Court upon Plaintiff's Consent Motion for Mitchell Y. Mirviss, Esq. to Appear Remotely at January 17, 2025 Hearing (the "Motion"). The Court, having reviewed the Motion, finds that cause exists to grant the relief requested therein.

It is therefore ordered that Mitchell Y. Mirviss, Esq. is permitted to appear and present argument remotely via video teleconference technology at the hearing scheduled for January 17, 2025, at 11:00 a.m.

IT IS SO ORDERED THIS _8_ day of _Jan_, 2025.

                                                                                            _Terrence Boyle_
                                                                                       United States District Judge